| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address<br><br>C. Scott Rudibaugh, SBN: 92047<br>Bloom & Rudibaugh, A.P.C.<br>901 South State Street, Suite 100<br>Hemet, CA 92543<br>Phone: 951-652-1400<br>Fax: 951-652-3990<br>Email: bloomrudibaughapc@yahoo<br><br><br>☐ Individual appearing without attorney<br>☑ Attorney for: Debtor | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>William Pitts<br><br><br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO: 6:16-bk-18676 WJ<br><br>CHAPTER   13<br><br>**NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE**<br><br>**(with supporting declarations)**<br><br>DATE: 10/19/2016<br>TIME: 2:45 p.m.<br>COURTROOM: 304<br>PLACE: 3420 Twelfth Street, Riverside, CA 92501 |
|---|---|

**Movant: WILLIAM PITTS**

1. NOTICE IS HEREBY GIVEN to **Deutsche Bank National Trust Company; Specialized Loan Servicing** (Secured Creditor/Lessor), trustee (if any), and affected creditors (Responding Parties), their attorneys (if any), and other interested parties that on the above date and time and in the stated courtroom, Movant in the above-captioned matter will move this court for an order imposing a stay or continuing the automatic stay as to certain creditors and actions described in the motion on the grounds set forth in the attached motion.

2. **Hearing Location:**

   ☐ 255 East Temple Street, Los Angeles, CA 90012        ☐ 411 West Fourth Street, Santa Ana, CA 92701
   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367    ☐ 1415 State Street, Santa Barbara, CA 93101
   ☑ 3420 Twelfth Street, Riverside, CA 92501

3. a. ☐ This Motion is being heard on REGULAR NOTICE pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response to this motion with the court and serve a copy of it upon the Movant's attorney

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                              Page 1                             F 4001-1.IMPOSE.STAY.MOTION

(or upon Movant, if the motion was filed by an unrepresented individual) at the address set forth above no less than 14 days before the above hearing and appear at the hearing of this motion.

b. ☑ This motion is being heard on SHORTENED NOTICE. If you wish to oppose this motion, you must appear at the hearing. Any written response or evidence must be filed and served: ☐ at the hearing ☐ at least ___ days before the hearing.

   (1) ☑ An Application for Order Setting Hearing on Shortened Notice was not required (according to the calendaring procedures of the assigned judge).

   (2) ☐ An Application for Order Setting Hearing on Shortened Notice was filed per LBR 9075-1(b) and was granted by the court and such motion and order has been or is being served upon the appropriate creditor(s) and trustee, if any.

   (3) ☐ An Application for Order Setting Hearing on Shortened Notice has been filed and remains pending. Once the court has ruled on that motion, you will be served with another notice or an order that will specify the date, time and place of the hearing on the attached motion and the deadline for filing and serving a written opposition to the motion.

4. You may contact the Clerk's Office or use the court's website (www.cacb.uscourts.gov) to obtain a copy of an approved court form for use in preparing your response (optional court form F 4001-1.RESPONSE), or you may prepare your response using the format required by LBR 9004-1 and the Court Manual.

5. If you fail to file a written response to the motion or fail to appear at the hearing, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Date:    10/05/2016

Bloom & Rudibaugh, A.P.C.
Printed name of law firm (if applicable)

C. Scott Rudibaugh
Printed name of individual Movant or attorney for Movant

/s/ C. Scott Rudibaugh
Signature of individual Movant or attorney for Movant

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                Page 2                              F 4001-1.IMPOSE.STAY.MOTION

# MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE

**Movant:**  Deutsche Bank National Trust Company

**The Property or Debt at Issue:**

    a. ☐ Movant moves for an order imposing a stay with respect to the following property (Property):

        ☐ Vehicle *(describe year, manufacturer, type, and model)*:
        Vehicle Identification Number:
        Location of vehicle *(if known)*:

        ☐ Equipment *(describe manufacturer, type, and characteristics)*:
        Serial number(s):

        Location *(if known)*:

        ☐ Other Personal Property *(describe type, identifying information, and location)*:

        ☑ Real Property
        Street Address:  40178 Colony Drive
        Apt./Suite No.:
        City, State, Zip Code:  Murrieta, CA 92562
        Legal description or document recording number(include county of recording):

        ☐ See attached continuation page

The following creditor(s) have a security interest or unexpired lease in this Property (give full name and address of creditor) **Deutsche Bank National Trust Company; Specialized Loan Servicing** to secure the sum of approximately $___ now owed. (Secured Creditor/Lessor). Additional creditors who are the subject of this motion, and their respective claims, addresses and collateral, are described on the continuation sheets attached. *(Attach additional sheets as necessary)*

    b. ☐ Movant moves for an order **imposing a stay** with respect to *any and all actions* against the Debtor and the estate taken concerning the debt/lease owed to the *Secured Creditors/Lessors* as described in this motion; and/or

    c. ☐ Movant moves for an order **imposing a stay** *as to all creditors.*

    d. ☑ Movant moves for an order **continuing the automatic stay** with respect to any and all actions against the Debtor and the state taken concerning the debt/lease owed to the *Secured Creditor/Lessor*, and/or

    e. ☐ Movant moves for an order **continuing the automatic stay** *as to all creditors.*

2. **Case History:**

    a. ☑ A voluntary ☐ An involuntary petition concerning an individual[s] under chapter ☐ 7 ☐ 11 ☐ 12 ☑ 13 was filed concerning the present case on *(specify date)*:

    b. ☐ An Order of Conversion to Chapter ☐ 7 ☐ 11 ☐ 12 ☐ 13 was entered on *(specify date)*:

    c. ☐ Plan was confirmed on *(specify date)*:

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                           Page 3                                     **F 4001-1.IMPOSE.STAY.MOTION**

d. ☑ Other bankruptcy cases filed by or against this Debtor have been pending within the past year preceding the petition date in this case. These cases and the reasons for dismissal are:

    1. Case name: William Pitts
       Case number: 6:16-bk-16302 MH       Chapter: 13
       Date Filed: 07/15/2016               Date dismissed: 08/23/2016
       Relief from stay re this Property      ☐ was      ☑ was not granted
       Reason for dismissal:

    2. Case name:
       Case number:                              Chapter:
       Date Filed:                                Date dismissed:
       Relief from stay re this Property      ☐ was      ☐ was not granted
       Reason for dismissal:

☐ See attached continuation page

e. ☐ As of the date of this motion the Debtor ☐ has ☐ has not filed a statement of intentions regarding this Property as required under 11 U.S.C. §521(a)(2). If a statement of intentions has been filed, Debtor ☐ has ☐ has not performed as promised therein.

f. ☐ The first date set for the meeting of creditors under 11 U.S.C §341(a) is/was ___ and the court ☐ has ☐ has not fixed a later date for performance by Debtor of the obligations described at 11 U.S.C.§521(a)(2). The extended date *(if applicable)* is ___.

g. ☐ In a previous case(s), as of the date of dismissal there was:
    ☐ an action by the Secured Creditor/Lessor under 11 U.S.C. §362(d) still pending or
    ☐ such action had been resolved by an order terminating, conditioning or limiting the stay as to such creditor.

3. The equity in the property is calculated as follows:

a) 1. Property description/value: **Single family home**                      **$ 377,165.00**
    2. Creditor/Lien amount: **Deutsche Bank National Trust Company; Specialized Loan Serv**  **$ 435,566.83**
    3. Creditor/Lien amount: ___    $___
    4. Creditor/Lien amount: ___    $___
    5. Creditor/Lien amount: ___    $___
    6. Total Liens    $___
    7. Debtor's Homestead Exemption    $___
    8. Equity in the Property (subtract lines 6 and 7 from line 1 and enter here)    $___

b) 1. Propery description/value: ___    $___
    2. Creditor/Lien amount: ___    $___
    3. Creditor/Lien amount: ___    $___
    4. Creditor/Lien amount: ___    $___
    5. Creditor/Lien amount:    $___
    6. Total Liens    $___
    7. Debtor's Homestead Exemption    $___
    8. Equity in the Property (subtract lines 6 and 7 from line 1 and enter here)    $___

☐ See attached continuation page

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                              Page 4                          F 4001-1.IMPOSE.STAY.MOTION

4. **Grounds for Continuing the Stay:**

   a. ☑ Pursuant to 11 U.S.C. § 362(c)(3) the stay should be continued on the following grounds:

   1. ☑ The present case was filed in good faith notwithstanding that a prior single or joint case filed by or against the individual Debtor which was pending within the year preceding the petition date was dismissed, because:

      A. ☐ The prior dismissal was of a case not refiled under chapter 7 after dismissal under 11 U.S.C.§707(b);
      B. ☑ Good faith is shown because __THE DEBTOR IS WILLING AND ABLE TO MAKE THE POST PETITION MORTGAGE PAYMENTS AND THE CHAPTER 13 PLAN PAYMENTS.__

      ☐ See attached continuation page

   2. ☐ The Property is of consequential value or benefit to the estate because:

      A. ☐ The fair market value of the Property is greater than all liens on the Property as shown above in paragraph 3 and as supported by declarations attached *(describe separately as to each property)*;.

      B. ☐ The Property is necessary to a reorganization for the following reasons: __

      ☐ See attached continuation page

      C. ☐ The Secured Creditor/Lessor's interest can be adequately protected by (describe Movant's proposal for adequate protection:) __

      ☐ See attached continuation page

   3. ☐ The presumption of a bad faith filing under 11 U.S.C.§362(c)(3)(C)(i) is overcome in this case as to *all creditors* because:

      A. ☐ The prior dismissal was pursuant to the creation of a debt repayment plan. 11 U.S.C.§362(i);
      B. ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting in dismissal was excusable because such failure was caused by the negligence of Debtor's attorney;
      C. ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting dismissal was excusable because __

      ☐ See attached continuation page

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 5                    F 4001-1.IMPOSE.STAY.MOTION

    D. ☐ Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because __

        ☐ See attached continuation page

    E. ☐ Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because __

        ☐ See attached continuation page

    F. ☐ There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal of the prior case(s) as follows: __

    From this, the court may conclude that this case, if a case under chapter 7, will result in a discharge or, if under chapter 11 or 13, in a confirmed plan that will be fully performed.

        ☐ See attached continuation page

    G. ☐ For the following additional reasons __

        ☐ See attached continuation page

4. ☐ The presumption of a bad faith filing as to the Secured Creditor/Lessor under 11 U.S.C.§362(c)(3)(C)(ii) is overcome       in this case because __

        ☐ See attached continuation page

5. **Grounds for Imposing a Stay:**
    a. ☐ Pursuant to 11 U.S.C.§362(c)(4) this case was filed in good faith and grounds exist for imposing a stay as follows:
        1. ☐ The Property is of consequential value or benefit to the estate because the fair market value of the Property is       greater than all liens on the property as shown above in paragraph 3 and as supported by declarations attached.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012        Page 6        F 4001-1.IMPOSE.STAY.MOTION

    2. ☐ The Property is of consequential value or benefit to the estate because the Property is necessary to a reorganization for the following reasons: ___.

        ☐ See attached continuation page

    3. ☐ The Secured Creditor/Lessor's interest can be adequately protected by *(describe Movant's proposal for adequate protection)*: ___

        ☐ See attached continuation page

b. ☐ The present case was filed in good faith notwithstanding that the prior single or joint cases filed by or against the individual Debtor pending within the year preceding the petition date were dismissed, because:

    1. ☐ The prior dismissal was of a case not refiled under chapter 7 after dismissal under 11 U.S.C.§707(b);

    2. ☐ Good faith is shown because ___

        ☐ See attached continuation page

c. ☐ The presumption of a bad faith filing under 11 U.S.C.§362(c)(4)(D)(i) is overcome in this case as to *all creditors* because:

    1. ☐ Debtor had a substantial excuse in failing to file or amend the petition or other documents as required by the court or Title 11 of the United States Code, resulting in the prior dismissal(s) as follows: ___

        ☐ See attached continuation page

    2. ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting dismissal was as the result of the negligence of Debtor's attorney;

    3. ☐ Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because ___

        ☐ See attached continuation page

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012          Page 7          **F 4001-1.IMPOSE.STAY.MOTION**

4. ☐ Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because ___

☐ See attached continuation page

5. ☐ There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal of the prior case(s) as follows: ___

(from which the Court may conclude that this case, if a case under chapter 7, may be concluded with a discharge or, if under chapter 11 or 13, with a confirmed plan that will be fully performed).

☐ See attached continuation page

6. ☐ For the following additional reasons ___

☐ See attached continuation page

7. ☐ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C.§362(c)(4)(D)(ii) is overcome in this case because ___

☐ See attached continuation page

6. **Evidence in Support of Motion:** *(Important Note: Declaration(s) in support of the Motion MUST be attached hereto).*

   a. ☐ Movant submits the attached Declaration(s) on the court's approved forms (if applicable) to provide evidence in support of this Motion pursuant to LBRs.
   b. ☐ Other Declaration(s) are also attached in support of this Motion
   c. ☐ Movant requests that the court consider as admissions the statements made by Debtor under penalty of perjury concerning Movant's claims and the Property set forth in Debtor's(s') Schedules. Authenticated copies of the relevant portions of the Schedules are attached as Exhibit ___.
   d. ☐ Other evidence *(specify):* ___

7. ☐ **An optional Memorandum of Points and Authorities is attached to this Motion.**

**WHEREFORE, Movant prays that this Court issue an Order Imposing a Stay and granting the following** *(specify forms of relief requested):*

1. ☒ That the Automatic Stay be continued in effect as to all creditors until further order of the court.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                                Page 8                                    F 4001-1.IMPOSE.STAY.MOTION

2. [✓] That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

3. [✓] That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

4. [ ] That a Stay be imposed as to all creditors until further order of the court..

5. [ ] That a Stay be imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

6. [ ] That a Stay be imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

7. [ ] For adequate protection of the Secured Creditor/Lessor by *(specify proposed adequate protection)* __

8. [ ] For other relief requested, see attached continuation page.


Date: **10/05/2016**                                  Respectfully submitted,

                                                      _____
                                                      Movant Name
                                                      **Bloom & Rudibaugh, A.P.C.**
                                                      Firm Name of attorney for Movant (if applicable)

                                                      /s/ C. Scott Rudibaugh
                                                      Signature
                                                      **C. Scott Rudibaugh**
                                                      Printed Name of Individual Movant or Attorney for Movant


## DECLARATION OF MOVANT

I **C. Scott Rudibaugh**, am the **Attorney** of Movant. I have read the foregoing motion consisting of **13** pages, and the attached materials incorporated therein by reference. If reference is made to balances owing, my testimony regarding same is based upon the business records of Movant kept in the ordinary course of business of Movant by persons whose responsibility it is to accurately and faithfully record information as to the Debtor's account on or near the date of events recorded. I am one of the custodians of such business records.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/16/2016 | C. Scott Rudibaugh | /s/ C. Scott Rudibaugh |
|---|---|---|
| Date | Printed name of declarant | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                          Page 9                                          F 4001-1.IMPOSE.STAY.MOTION

# Deutsche Bank Trust Company Americas (FDIC # 623)

Active **Insured Since January 1, 1934**

Data as of: September 28, 2016

**Deutsche Bank Trust Company Americas** is an active bank

| | | | |
|---|---|---|---|
| **FDIC Certificate#:** | 623 | **Established:** March 30, 1903 | **Corporate Website:** http://www.db.com |
| **Headquarters:** | 60 Wall Street New York, NY 10005 New York County | **Insured:** January 1, 1934 **Bank Charter Class:** | Member of the Federal Reserve System | **Consumer Assistance:** http://www.FederalReserveConsumerHelp |
| **Locations:** | 4 domestic in 1 states, 0 in territories, and 14 in foreign locations | **Regulated By:** | Federal Reserve Board | **Contact the FDIC about:** Deutsche Bank Trust Company Americas |

[ Locations ]    History    Identifications    Financials    Other Names / Websites

Showing 1 to 18 of 18 entries

| UNINUM | Number | Name | Address | County | City | State | Zip | Service Type | Established Date | Acquired Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 182611 | 137 | Birmingham Branch (Frgn) | 39-40 Temple Street | | Birmingham | | | Full Service Brick and Mortar Office | 06/22/1976 | |
| 182618 | 144 | Hong Kong Branch (Frgn) | 18 Harcourt Road | | Hong Kong | | | Full Service Brick and Mortar Office | 10/27/1981 | |
| 182604 | 130 | London Branch (Frgn) | 69 Old Broad Street, Dashwood House | | London | | | Full Service Brick and Mortar Office | 09/21/1924 | |
| 182616 | 142 | Madrid Branch (Frgn) | Paseo De La Castellana #31 | | Madrid | | | Full Service Brick and Mortar Office | 10/01/1980 | |
| 182615 | 141 | Philippine Branch (Frgn) | 121 Paseo De Roxas, Corinthian Plaza | | Manila | | | Full Service Brick and Mortar Office | 05/08/1980 | |
| 182610 | 136 | Milan Branch (Frgn) | Via F. Turati 29 | | Milan | | | Full Service Brick and Mortar Office | 11/18/1974 | |
| 182607 | 133 | Nassau Branch (Frgn) | Shirley Street, Claughton House | | Nassau | | | Full Service Brick and Mortar Office | 05/25/1971 | |
| 182606 | 132 | Paris Branch (Frgn) | 12-14 Rond-Point Des Champs Elysees | | Paris | | | Full Service Brick and Mortar Office | 07/21/1969 | |
| 182621 | 147 | Rome Branch (Frgn) | Via L Bissolati 76 | | Rome | | | Full Service Brick and Mortar Office | 07/02/1984 | |
| 182614 | 140 | Seoul Branch (Frgn) | 91-1 Sokong-Dong, Center Building | | Seoul | | | Full Service Brick and Mortar Office | 12/22/1978 | |
| 182609 | 135 | Singapore Branch (Frgn) | 50 Raffles Place, 26-06 | | Singapore | | | Full Service Brick and Mortar Office | 10/12/1973 | |
| 182617 | 143 | Jersey Branch (Frgn) | Peters Street, West House | | St. Helier | | | Full Service Brick and Mortar Office | 07/01/1981 | |
| 182619 | 145 | Taipei Branch (Frgn) | Tun Hua North Road | | Taipei | | | Full Service Brick and Mortar Office | 12/01/1981 | |
| 182608 | 134 | Tokyo Branch (Frgn) | Marunochi 2 Chome, Chyoda-Ku | | Tokyo | | | Full Service Brick and Mortar Office | 01/16/1973 | |
| 414 | | Deutsche Bank Trust Company Americas | 60 Wall Street | New York | New York | NY | 10005 | Full Service Brick and Mortar Office | 03/30/1903 | |
| 182526 | 33 | Park Avenue Branch | 345 Park Avenue | New York | New York | NY | 10154 | Full Service Brick and Mortar Office | 11/26/1962 | |
| 182620 | 146 | Albany Street Branch | 4 Albany Street | New York | New York City | NY | 10006 | Limited Service Administrative Office | 09/27/1982 | |
| 182622 | 148 | Wall Street Branch | 16 Wall Street | New York | New York City | NY | 10006 | Limited Service Administrative Office | 02/01/1980 | |

## Deutsche Bank Trust Company Delaware (FDIC # 26392)

Active **Insured Since October 7, 1985**

Data as of: September 28, 2016

### Deutsche Bank Trust Company Delaware is an active bank

| | | | | | |
|---|---|---|---|---|---|
| **FDIC Certificate#:** | **26392** | **Established:** | October 7, 1985 | **Corporate Website:** | |
| **Headquarters:** | 1011 Centre Road, Suite 200, Wilmington, DE 19805 | **Insured:** | October 7, 1985 | http://www.db.com | |
| | | **Bank Charter Class:** | Non-member of the Federal Reserve System | **Consumer Assistance:** https://www5.fdic.gov/starsmail/index.asp | |
| | New Castle County | **Regulated By:** | Federal Deposit Insurance Corporation | **Contact the FDIC about:** Deutsche Bank Trust Company Delaware | |
| **Locations:** | 1 domestic in 1 states, 0 in territories, and 0 in foreign locations | | | | |

Locations | History | Identifications | Financials | Other Names / Websites

Showing 1 to 1 of 1 entries

| UNINUM Number | Name | Address | County | City | State | Zip | Service Type | Established Date | Acquired Date |
|---|---|---|---|---|---|---|---|---|---|
| 33000 | Deutsche Bank Trust Company Delaware | 1011 Centre Road, Suite 200 | New Castle | Wilmington | DE | 19805 | Full Service Brick and Mortar Office | 10/07/1985 | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**901 South State Street
Suite 100
Hemet, CA 92543**

A true and correct copy of the foregoing document entitled (*specify*): __**Notice of Motion and Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate**__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **10/05/2016**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/05/2016 | Mary Vigil | /s/ Mary Vigil |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

William Pitts
40178 Colony Drive
Murrieta, CA 92562

C. Scott Rudibaugh
Bloom & Rudibaugh, A.P.C.
901 South State Street, Suite 100
Hemet, CA 92543

Buckley Modole, P.C.
12526 High Bluff Drive, Suite 238
San Diego, CA 92130

California Oaks Home Owners Assoc.
40710 Avenida Florita
Murrieta, CA 92562

Chrysler Capital
P O Box 961275
Fort Worth, TX 76161-1275

Deutsche Bank National Trust Co.
8742 Lucent Blvd., Suite 300
Littleton, CO 80129

Deutsche Bank Trust Company
1011 Centre Road, Suite 200
Wilmington, DE 19805
(FDIC) (Certified Mail)        7015 3010 0000 6096 6727

Deutsche Bank Trust CompanyAmericas
60 Wall Street
New York, NY 10005
(FDIC)(Certified Mail)        7015 3010 0000 6096 6734

Internal Revenue Service
P O Box 7125
San Francisco, CA 94120-7125

NBS Default Services, LLC
301 East Ocean Blvd., Suite 1720
Long Beach, CA 90802

PCI Preferred Credit
P O Box 1970
Saint Cloud, MN 56302

Rod Danielson, Trustee
3787 University Avenue
Riverside, CA 92501

Specialized Loan Servicing
8742 Lucent Blvd., Suite 300
Highlands Ranch, CO 80129

United States Trustee
3801 University Avenue, Suite 720
Riverside, CA 92501

The Honorable Wayne E. Johnson
United States Bankruptcy Court
3420 Twelfth Street, Suite 384/Ctrm 304
Riverside, CA 92501-3819
(Certified Mail)

7015 3010 0000 6096 9353